# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br>Keith Berman<br>DEFENDANT(S). | 1:20-cr-00278 |
| | **DECLARATION RE**<br>**OUT-OF-DISTRICT WARRANT** |

2 0 MJ 0 6 1 0 8

The above-named defendant was charged by: United States of America District Court
in the _____ District of Columbia on 12/15/2020
at 4:52 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 12/15/2020
in violation of Title 15 and 18 U.S.C., Section(s) 78j & 78ff; 1001
to wit: Securities fraud and false statement

A warrant for defendant's arrest was issued by: Magistrate Judge Zia M. Faruqui

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/17/2020
                    Date

_____          Craig Schneider
Signature of Agent                 Print Name of Agent


FBI                                Special Agent
Agency                             Title

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT