Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF | CASE NUMBER: 1:20-cr-00278 |
|---|---|
| V.  Keith Berman  USMS# _____  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

20MJ06108

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/17/2020 at 6:20 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   15 U.S.C. 78j & 78ff; 17 C.F.R 240.10b5 (securities fraud); 18 U.S.C. 1001 (false statement)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1953

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Ronald Herzog   Phone Number: 914-798-5419

9. Name of Pretrial Services Officer notified: emailed pretrial services

10. Remarks (if any): _____

11. Name: Craig Schneider   (please print)

12. Office Phone Number: 323-828-9791   13. Agency: FBI

14. Signature: _____   15. Date: 12/17/2020

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION