AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

| United States of America | ) |
| v. | ) Case: 1:20-cr-00278 |
| Keith Berman | ) Assigned to: Judge Trevor N. McFadden |
| | ) Assigned Date: 12/15/2020 |
| | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

20MJ06108

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Keith Berman

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
15 U.S.C. §§ 78j & 78ff; 17 C.F.R. § 240.10b5 (securities fraud);
18 U.S.C. §§ 1001 (false statement)

Date:  12/15/2020

Zia M. Faruqui
2020.12.15 16:52:26
-05'00'

*Issuing officer's signature*

City and state:  Washington, DC

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*