Jan Lawrence Handzlik, Esq. State Bar No. 047959
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Tel: 213.236.3519 Fax: 213.236.3501

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 20-MJ-06108-DUTY-1 |
| v. | |
| KEITH BERMAN, | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Jan Lawrence Handzlik _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

December 29, 2020
Date

_[signature]_
Defendant's Signature

Westlake Village, CA
City and State

## APPEARANCE OF COUNSEL

I, Jan Lawrence Handzlik _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

December 29, 2020
Date

_[signature]_
Attorney's Signature

047959
California State Bar Number

515 South Flower Street, 18th Floor
Street Address

Los Angeles, CA 90071
City, State, Zip Code

213.236.3519        213.236.3501
Telephone Number    Fax Number

jhandzlik@handzliklaw.com
E-mail Address

CR-14 (01/07)        DESIGNATION AND APPEARANCE OF COUNSEL