UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,

- against --

KEITH BERMAN,

                    Defendant.
-------------------------------------------------------------X

Docket No:
1:20-CR-00278

FILED
CLERK, U.S. DISTRICT COURT
12/21/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: jb   DEPUTY

## Declaration re Passport and Other Travel Documents

KEITH M. BERMAN, hereby declares under penalties of perjury as follows:

1. In accordance with the conditions of my release ordered on December 17, 2020, I hereby certify that I do not currently have any passport or other travel documents issued by any country that would enable me to leave the United States of America.

2. I further certify that during the pendency of this action I will not apply for a passport or other travel documents that would allow me to leave the United States of America.

Dated: December 21, 2020

                                                                    Keith M. Berman

28614251.v1